**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Juan Manuel Alvarez-Baez,<br><br>　　　　　Defendant. | No. CR-21-00118-PHX-SMB<br><br>**DETENTION ORDER** |

　　　On July 30, 2021, Defendant appeared before this Court on the Superseding Petition for Revocation of Supervised Release filed June 15, 2021 (Doc. 34). A Detention and Preliminary Revocation Hearing were held. The Court considered the information provided to the Court, the testimony of U.S. Probation Officer Assistant Cecilia Villanueva, and the arguments of counsel in determining whether Defendant should be released on conditions set by the Court and whether probable cause exists to believe the allegations set forth in the Superseding Petition were committed and that the defendant committed the allegations.

　　　The Court finds that Defendant, having previously been convicted and placed on supervised release, and having appeared before the Court in connection with a superseding petition to revoke his supervised release, has failed to establish by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of the community if released pursuant to Rule 46(d), and Rule 32.1(a)(6), Federal Rules of Criminal Procedure, and 18 U.S.C. § 3143.

It is further found that probable cause exists that the allegations contained in the Superseding Petition filed June 15, 2021 were committed, and that the defendant committed the allegations.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

IT IS FURTHER ORDERED affirming the Admit/Deny Hearing currently set for **Wednesday, August 18, 2021 at 2:45 p.m.** before Magistrate Judge Deborah M. Fine in Courtroom 304 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 30th day of July, 2021.

_____
Honorable Eileen S. Willett
United States Magistrate Judge